Approved, SCAO

| | | |
|---|---|---|
| | | Original - Court<br>1st copy - Plaintiff<br>2nd copy - Garnishee<br>3rd copy - Defendant |
| U. S. District Court<br>Eastern District of Michigan | GARNISHEE DISCLOSURE<br>**FILED**<br>SEP 2 2 2008<br>CLERK'S OFFICE, DETROIT-PSB<br>U.S. DISTRICT COURT | CASE NO.<br>04-74859 |
| Court address<br>231 W. Lafayette Blvd., Detroit, Michigan 48226 | | Court telephone no.<br>(313) 234-5000 |

| Plaintiff's name and address (judgment creditor)<br>Operating Engineers Local 324 Fringe Benefit Funds | v | Defendant's name and address (judgment debtor)<br>Chie Contractors, Inc., Gerald M. Chie and<br>James B. Chie<br>10195 Carpenter Road<br>Milan, Michigan 48160 |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>Jeffrey M. Lesser (P33298)<br>39040 West Seven Mile Road<br>Livonia, Michigan 48152<br>(734) 464-3603 | | Garnishee's name and address<br>Heaney General Contracting, Inc.<br>7560 Carpenter Road<br>Ypsilanti, Michigan 48197 |

SEE INSTRUCTIONS ON OTHER SIDE

1. This disclosure is for a writ of garnishment issued on _____ and received by garnishee on _9-9-08_.
   ☒ a. The garnishee mailed or delivered a copy of the writ of garnishment to the defendant on _9-10-08_.
   ☐ b. The garnishee was unable to mail or deliver a copy of the writ of garnishment to the defendant.
2. At the time of service of the writ, garnishee:

**Non-Periodic Garnishments**
☐ a. is not indebted to defendant for any amount and does not possess or control defendant's property, money, etc.
   Reason: _____
☒ b. is indebted to defendant for non-periodic payments as follows:
   _Ann Arbor Schools $92,886.00_
   Description of property, money, negotiable instruments, etc. under garnishee's control   Type of account and account number if applicable
   The amount to be withheld is $ _11,700_ and does not exceed the amount stated in item 2. of the writ.
☐ c. Withholding is exempt because: _____

**Periodic Garnishments**
☐ d. is not obligated to make periodic payments to the defendant during the 91 day period.
   Reason:  ☐ not employed.   ☐ other _____
☐ e. is obligated to make periodic payments to the defendant during the 91 day period as follows:
   Payments are for   ☐ earnings   ☐ non-earnings _____
                                                    specify nature of payment (see instructions on back)
   Payments are made   ☐ weekly.   ☐ bi-weekly.   ☐ semi-monthly.   ☐ monthly.   ☐ other:_____
                                                                                              frequency of payment
   A higher priority writ/order   ☐ is   ☐ is not   currently in effect. (If a higher priority writ/order is in effect, complete the following.)

| Name of court that issued higher priority writ/order | Case number | Date issued | Date served |
|---|---|---|---|
| | | | |

Withholding under this writ
☐ will begin immediately if sufficient funds are available.
☐ will not begin immediately because defendant is   ☐ laid off.   ☐ sick.   ☐ on leave.   ☐ other:_____
                                                                                                       specify

I declare that the statements above are true to the best of my information, knowledge, and belief.

_9/19/08_                                                 _Bonnie Heaney_
Date                                                      Garnishee/Agent/Attorney signature

**I certify that:**
on _9-19-08_, I mailed or personally delivered a copy of this disclosure with the court.
on _9-19-08_  I mailed or personally delivered a copy of this disclosure to the plaintiff/attorney.
on _9-9-08_  I mailed or personally delivered a copy of this disclosure to the defendant.

_9-19-08_                                                 _Bonnie Heaney_
Date                                                      Garnishee/Agent/Attorney signature

**DO NOT Include Your Payment With This Disclosure. See item 3. of the instructions for details.**

MC 14 (6/05)   **GARNISHEE DISCLOSURE**                                    15 USC 1672, 15 USC 1673, MCR 3.101